# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Alvin S. Plummer<br>*Petitioner*<br>v.<br>Circuit Court of The Fifth Judicial Circuit, Public Defender's Office, Richland County Solicitor's Office, Claxton Law Firm, G. Thomas Cooper, Jr, Aaron Jophlin, Jennifer Davis, Tynika Claxton, Ronaldo Myers<br>*Respondent* | Civil Action No. 8:10-cv-00845-TLW |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* recover from the defendant *(name)* the amount of dollars ($ ), which includes prejudgment interest at the rate of %, plus post judgment interest at the rate %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* recover costs from the plaintiff *(name)* .

■ other: IT IS ORDERED AND ADJUDGED that the petition is dismissed without prejudice and without requiring the respondent to file an answer or return.

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.

☐ tried by Judge without a jury and the above decision was reached.

■ decided by Judge Terry L. Wooten on the record. on a motion for .

Date: May 20, 2010

*CLERK OF COURT*

s/Nora Chandler, Deputy Clerk

*Signature of Clerk or Deputy Clerk*